**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6849**

———————

BILLY JAMES SIMS, a/k/a Rico,

                              Plaintiff - Appellant,

     versus

MARVIN BROWN, former narcotics lieutenant "on
behalf of" Rock Hill law center,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-96-3650-3-19BC)

———————

Submitted:  July 2, 1998             Decided:  July 17, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Billy James Sims, Appellant Pro Se.  Donna Seegars Givens, WOODS &
GIVENS, L.L.P., Lexington, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sims v. Brown</u>, No. CA-96-3650-3-19BC (D.S.C. May 30, 1997). Additionally, we deny Appellant's motion to supplement the record on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>